UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE: 9:24-cv-80183-AMC

GARFIELD SPENCE,

Plaintiff,

v.

HIGH ROCK LAKE COMPANY, INC.

Defendant.

_____

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties in this action, pursuant to FRCP 41(a)(1)(A)(ii), that all pending claims, having been amicably settled, may be dismissed with prejudice. The parties will bear their own costs and attorney's fees.

DATED this 15 day of April 2024

| | |
|---|---|
| PRUITT & PRUITT, P.A. | ALBERTO R. LEAL, ESQ. |
| Suite 5, 3030 South Dixie Highway | 8927 Hypoluxo Rd. |
| West Palm Beach, FL 33405 | Suite 157 |
| Tel. no. (561)655-8080 X103 | Lake Worth, FL 33467 |
| E-mail: wep@pruittpruittlaw.com | Tel. no.: (954) 637-1868 |
| wb@pruittpruittlaw.com | E-mail: albertolealesq@gmail.com |
| jknight@pruittpruittlaw.com | |
| | |
| By: */s/ William E. Pruitt* | By: */s/ Alberto R. Leal* |
| William E. Pruitt, Esq. | Alberto R. Leal, Esq. |
| Florida Bar No.: 273821 | Florida Bar No.: 1002345 |
| *Counsel for Defendant* | *Counsel for Plaintiff* |